**CIVIL COVER** 07cv6458
JUDGE MAROVICH
MAG. JUDGE SCHENKIER

The civil cover sheet and the information contained herein neither replace ... other papers as required by law, except as provided by local rules of court. This form is required for the ... the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Subpoena to Hasiden America Corporation In Civil Case No. 04-1338 Pending In The U.S. District Court for the District of Delaware. Motion to Enforce Rule 45 Subpoena Filed by Defendant FUJIFILM Corporation. | |

(b) County of Residence of First Listed Plaintiff _____  
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____  
(IN U.S. PLAINTIFF CASES ONLY)  
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
JN 11-14-07
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(c) Attorney's (Firm Name, Address, and Telephone Number)
Matthew A. Werber, Seyfarth Shaw LLP
131 S. Dearborn, Suite 2400, Chicago, IL 60603
312.460.5000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ]110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane / [ ]362 Personal Injury—Med. Malpractice | [ ]620 Other Food & Drug | [ ]423 Withdrawal 28 USC 157 | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | [ ]365 Personal Injury — Product Liability | [ ]630 Liquor Laws | PROPERTY RIGHTS | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]320 Assault, Libel & Slander / [ ]368 Asbestos Personal Injury Product Liability | [ ]640 R.R. & Truck | [ ]820 Copyrights | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]330 Federal Employers' Liability | [ ]650 Airline Regs. | [ ]830 Patent | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (excl. vet.) | [ ]340 Marine / PERSONAL PROPERTY | [ ]660 Occupational Safety/Health | [ ]840 Trademark | [ ]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]345 Marine Product Liability / [ ]370 Other Fraud | [ ]690 Other | | [ ]490 Cable/Satellite TV |
| [ ]160 Stockholders' Suits | [ ]350 Motor Vehicle / [ ]371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ]810 Selective Service |
| [ ]190 Other Contract | [ ]355 Motor Vehicle Product Liability / [ ]380 Other Personal Property Damage | [ ]710 Fair Labor Standards Act | [ ]861 HIA (1395ff) | [ ]850 Security/Commodity/Exch. |
| [ ]195 Contract Product Liability | [ ]360 Other Personal Inj. / [ ]385 Property Damage Product Liability | [ ]720 Labor/Mgmt. Relations | [ ]862 Black Lung (923) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | | | [ ]863 DIWC/DIWW (405(g)) | [ ]891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ]864 SSID Title XVI | [ ]892 Economic Stabilization Act |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motions to Vacate Sentence | [ ]865 RSI (405(g)) | [ ]893 Environmental Matters |
| [ ]220 Foreclosure | [ ]442 Employment | Habeas Corpus: | [ ]730 Labor/Mgmt. Reporting & Disclosure Act | [ ]894 Energy Allocation Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/Accommodations | [ ]530 General | [ ]740 Railway Labor Act | FEDERAL TAX SUITS | [ ]895 Freedom of Information Act |
| [ ]240 Torts to Land | [ ]444 Welfare | [ ]535 Death Penalty | [ ]790 Other Labor Litigation | [ ]870 Taxes (U.S. Plaintiff or Defendant) | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]245 Tort Product Liability | [ ]445 ADA—Employment | [ ]540 Mandamus & Other | [ ]791 Empl. Ret. Inc. Security Act | [ ]871 IRS—Third Party 26 USC 7609 | [ ]950 Constitutionality of State Statutes |
| [ ]290 All Other Real Property | [ ]446 ADA — Other | [ ]550 Civil Rights | | | [■]890 Other Statutory Actions |
| | [ ]440 Other Civil Rights | [ ]555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ]1 Original Proceeding
- [ ]2 Removed from State Court
- [ ]3 Remanded from Appellate Court
- [ ]4 Reinstated or Reopened
- [ ]5 Transferred from another district (specify)
- [■]6 Multidistrict Litigation
- [ ]7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Motion to Enforce Subpoena Under F.R.C.P. 45

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ]Yes [ ]No

**IX. This case**
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11-14-2007 | Matt A. W. |