## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07cv6458
JUDGE MAROVICH
MAG. JUDGE SCHENKIER

In the Matter of

Subpoena to Hosiden America Corporation
In Civil Case No. 04-1338 Pending In The U.S.
District Court for the District of Delaware

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FUJIFILM Corporation

**FILED**
JN
NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Ian G. DiBernardo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| Stroock & Stroock & Lavan LLP | |
| STREET ADDRESS | |
| 180 Maiden Lane | |
| CITY/STATE/ZIP | |
| New York, NY 10038 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | 212-806-5400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |