FILED
J.N NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: SUBPOENA ISSUED BY THE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SUBPOENA TO HASIDEN AMERICA ) | 07cv6458 |
| CORPORATION IN CIVIL CASE NO. 04- ) | JUDGE MAROVICH |
| 1338 PENDING IN THE U.S. DISTRICT ) | MAG. JUDGE SCHENKIER |
| COURT FOR THE DISTRICT OF ) | |
| DELAWARE ) | |
| ) | |
| MOTION TO ENFORCE RULE 45 ) | |
| SUBPOENA FILED BY MOVANT ) | |
| FUJIFILM CORPORATION. ) | |

**NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Petitioner FUJIFILM Corporation states that the entities owning more than 5% of FUJIFILM Corporation include: FUJIFILM Holdings Corporation of Japan.

Dated: November 14, 2007                      FUJIFILM CORPORATION.

                                              By_____
                                              An Attorney for FUJIFILM Corporation

Attorneys for FUJIFILM Corporation
Jeffrey Mann
DiBernardo, Ian G.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5763

George H. Gerstman
Matthew A. Werber
Seyfarth Shaw LLP
131 S. Dearborn
Suite 2400
Chicago, IL 60603
312-460-5000

CH1 11351824.1