# United States District Court
# Northern District of Illinois

In the Matter of

IN RE: Subpoena to Hosiden America Corporation

Honeywell International, Inc., et al.

v.

Apple Computer, Inc., et al.

Case No. 07 C 6458

Designated Magistrate Judge
Sidney I. Schenkier

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge George M. Marovich

Dated: November 16, 2007

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: NOV 1 6 2007

Reassignment/Lot (Rev. 9/99)

☐    40.5(c)     This case is to be reassigned by lot pursuant to the provisions of Local Rule 40.5(c).

☐    IOP 13F1     I recuse myself from this case for the following reasons:


                     Two or more recusals have been entered in this case. The initial recusal was entered by

☐    IOP 13F2     I recuse myself from this case because a relative works for a law firm, or the U.S. Attorney's Office, which represents one of the parties to this case.

☐    IOP 13F2     I recuse myself from this case because one of the parties is represented by a law firm I was associated with during the past five years.

☐                The reason for recusal having been provided for in IOP Rule 13F2; it is requested that in lieu of a replacement case this matter be made part of the equalization of cases provided for in that rule.

☐    IOP 13     This case having last been assigned to the calendar of Judge _____ who is no longer sitting; it is recommended that this case be reassigned to the calendar of an active judge of this Court as it appears to require further judicial action.

■    28:294(b)     I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions 28 USC § 294(b). [It is my understanding that the receiving judge will receive equalization credit for the case, but that no case will be returned to my calendar in exchange for this case.]

