RE: SUBPOENA ISSUED BY THE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SUBPOENA TO HOSIDEN AMERICA ) | CASE NO. 07-C-6458 |
| CORPORATION IN CIVIL CASE NO. 04- ) | |
| 1338 PENDING IN THE U.S. DISTRICT ) | Judge: Marovich |
| COURT FOR THE DISTRICT OF ) | |
| DELAWARE ) | Magistrate: |
| ) | |

CERTIFICATE OF SERVICE

FILED
NOV 15 2007
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Matthew A. Werber, an attorney, do hereby certify that I have caused a true and correct copy of the *MOTION TO ENFORCE RULE 45 SUBPOENA FILED BY MOVANT FUJIFILM CORPORATION* and supporting exhibits to be served upon the following and in the manner set forth below on this 15th day of November, 2007.

**By Process Server With Exhibits:**
Hosiden America Corporation
120 East State Parkway
Schaumberg, Illinois 60173

**By E-Mail Without Exhibits and By Over Night Courier with Exhibits:**
Jason Metnick, Esq. [jmetnick@masudafunai.com]
Masuda Funai
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Tel: 312.245.7441
Fax: 312.245.7467

Matthew L. Woods [MLWoods@rkmc.com].
Stacie E. Oberts [SEOberts@rkmc.com]
Peter N. Surdo [PNSurdo@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorney for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Richard D. Kelly [RDKelly@oblon.com]
Andrew M. Ollis [AOllis@Oblon.com]
John Prepser [JPresper@Oblon.com]
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT P.C.
1940 Duke Street
Alexandria, VA 22314
*Attorney for Optrex America Inc.*

Elizabeth L. Brann [elizabethbrann@paulhastings.com]
Martin R. Bader [martinbader@paulhastings.com]
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Attorney for Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

David H. Ben-Meir [dbenmeir@hhlaw.com]
Stuart Lubitz [slubitz@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047
*Attorney for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

                                                                        */s/ Matthew A. Werber*
Matthew A. Werber
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
e-mail: mwerber@seyfarth.com

Attorneys for FUJIFILM Corporation
Lawrence Rosenthal
Ian G. DiBernardo
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5763

Matthew A. Werber
George H. Gerstman
Seyfarth Shaw LLP
131 S. Dearborn
Suite 2400
Chicago, IL 60603
312-460-5000