# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| IN RE: SUBPOENA TO HOSIDEN AMERICA CORPORATION | ) ) ) | Case Number 07-cv-6458 |
| | ) | Judge Ruben Castillo |
| HONEYWELL INTERNATIONAL, INC., et al., | ) ) | Magistrate Judge Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| APPLE COMPUTER, et al., | ) ) | |
| Defendants | ) | |

## NOTICE OF MOTION

TO:  Hosiden America Corporation
     120 East State Parkway
     Schaumberg, Illinois 60173

     Jason Metnick, Esq. [jmetnick@masudafunai.com]
     Masuda Funai
     203 North LaSalle Street, Suite 2500
     Chicago, Illinois 60601-1262

PLEASE TAKE NOTICE that on Wednesday, November 28, 2007, at 9:45 a.m., we shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead in Courtroom 2141, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the *AMENDED MOTION TO ENFORCE RULE 45 SUBPOENA AGAINST NON-PARTY HOSIDEN AMERICA CORPORATION*, a copy of which was previously served on you.

2

**DATED: November 21, 2007**  	Respectfully submitted,

FUJIFILM CORPORATION

      s/Matthew A. Werber

Attorneys for FUJIFILM Corporation
Lawrence Rosenthal
Ian G. DiBernardo
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5763

Matthew A. Werber
George H. Gerstman
Seyfarth Shaw LLP
131 S. Dearborn
Suite 2400
Chicago, IL 60603
312-460-5000

**CERTIFICATE OF SERVICE**

I, Matthew A. Werber, an attorney, certify that I caused the foregoing *NOTICE OF MOTION* to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing. I have also caused a true and correct copy of the *AMENDED MOTION TO ENFORCE RULE 45 SUBPOENA FILED BY MOVANT FUJIFILM CORPORATION* to be served upon the following and in the manner set forth below on this 21st day of November, 2007.

**By Over Night Courier:**
Hosiden America Corporation
120 East State Parkway
Schaumberg, Illinois 60173

**By E-Mail and Over Night Courier:**
Jason Metnick, Esq. [jmetnick@masudafunai.com]
Masuda Funai
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

**By E-Mail:**
Matthew L. Woods [MLWoods@rkmc.com].
Stacie E. Oberts [SEOberts@rkmc.com]
Peter N. Surdo [PNSurdo@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorney for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Richard D. Kelly [rkelly@oblon.com]
Andrew M. Ollis [AOllis@Oblon.com]
John Prepser [JPresper@Oblon.com]
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT P.C.
1940 Duke Street
Alexandria, VA 22314
*Attorney for Optrex America Inc.*

Elizabeth L. Brann [elizabethbrann@paulhastings.com]
Martin R. Bader [martinbader@paulhastings.com]
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Attorney for Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

David H. Ben-Meir [dhben-meir@hhlaw.com]
Stuart Lubitz [slubitz@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047
*Attorney for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd*

                                                s/Matthew A. Werber
                                                Matthew A. Werber
                                                SEYFARTH SHAW LLP
                                                131 South Dearborn Street, Suite 2400
                                                Chicago, Illinois 60603
                                                Telephone: (312) 460-5000
                                                Facsimile: (312) 460-7000
                                                e-mail: mwerber@seyfarth.com

.