## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 07-cv-6458

In re: Subpoena to Hosiden America Corporation

Honeywell International Inc., et al., Plaintiffs,
                    v.
Apple Computer, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Honeywell International Inc. and
Honeywell Intellectual Properties, Inc.

| |
|---|
| NAME (Type or print)<br>Thomas B. Keegan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Thomas B. Keegan |
| FIRM<br>KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. |
| STREET ADDRESS<br>566 West Adams Street, Suite 750 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196077 | TELEPHONE NUMBER<br>312-655-0200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐