## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Honeywell International Inc., et al.

                    Plaintiff,

v.                                      Case No.: 1:07−cv−06458
                                    Honorable Ruben Castillo

Fujifilm Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2007:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 11/28/2007 is vacated. Fujifilm Corporation's brief in support of its amended motion to enforce Rule 45 subpoena against non−party Hosiden America Corporation [9] is due on or before 12/4/2007. Hosiden America Corporation's response will be due on or before 12/11/2007. Fujifilm Corporation's reply will be due on or before 12/17/2007. The Court will rule on 12/20/2007 at 9:45 AM. Fujifilm Corporation's motion to enforce Rule 45 subpoena [1] is denied as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.