# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 07-CV-6458

Honeywell International, Inc., et al.,
      Plaintiffs,
v.
Apple Computer, et al.,
      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hosiden America Corporation, Defendant

| |
|---|
| NAME (Type or print) <br> Rein F. Krammer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rein F. Krammer |
| FIRM <br> Masuda, Funai, Eifert, & Mitchell, Ltd. |
| STREET ADDRESS <br> 203 North LaSalle Street, Suite 2500 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06216386 | TELEPHONE NUMBER <br> 312-245-7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐