IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>APPLE COMPUTER, et al., )<br>)<br>)<br>Defendants. ) | Case No. 07 C 6458<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 27th day of November, 2007, the Defendant, HOSIDEN AMERICA CORPORATION, by and through its attorneys, Rein F. Krammer and Jason M. Metnick of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file its **DECLARATION OF SOICHIRO RAI** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

/s/ Rein F. Krammer
Attorney for Defendant

Rein F. Krammer
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-2002
(312) 245-7500

N:\SYS23\2665\Notice of Filing\0051000111-27-07.doc

## SERVICE LIST

**Matthew Woods**
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**Richard James Lofgren**
**Thomas Bernard Keegan**
Keegan, Laterza, Lofgren & Gleason, P.C.
566 West Adams Street
Suite 750
Chicago, IL 60661
(312) 655-0200
Email: rlofgren@kllglaw.com
Email: tkeegan@kllglaw.com

**Ian G. DiBernardo**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400

**George H. Gerstman**
**Matthew A. Werber**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: ggerstman@seyfarth.com
Email: mwerber@seyfarth.com

**Amy Elizabeth Evans**
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

**Frederick L. Cottrell, III**
**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Robert J. Katzenstein**
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

**Arthur G. Connolly, Jr.**
**Francis DiGiovanni**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**John W. Shaw**
**Adam Wyatt Poff**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Gary William Lipkin**
Duane Morris LLC
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**David J. Margules**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801