# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| IN RE: SUBPOENA TO HOSIDEN AMERICA ) | Case No.: 07 C 6458 |
| CORPORATION ) | |
| ) | Judge Ruben Castillo |
| HONEYWELL INTERNATIONAL, INC., et al., ) | |
| ) | Magistrate Judge Schenkier |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE COMPUTER, et al., ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL DECLARATION OF SOICHIRO RAI

I, Soichiro Rai, declare under penalty of perjury as follows:

1.    I am the Treasurer of Hosiden America Corporation (hereinafter referred to as "Hosiden America"), which has its principal place of business located at 120 East State Parkway, Schaumburg, IL 60173.

2.    As Treasurer of Hosiden America, I have knowledge of the corporate relationship between Hosiden America and Hosiden Corporation, the Japanese parent corporation of Hosiden America (referred to hereafter as "Hosiden Japan").

3.    Mr. Kenji Furuhashi is the President of Hosiden Corporation and President of Hosiden America. Mr. Furuhashi resides permanently in Japan.

4.      Mr. Furuhashi is not involved in the day-to-day management of Hosiden America. Consequently, Mr. Furuhashi does not have primary management authority over Hosiden America.


I declare under penalty of perjury that the foregoing is true and correct.


Soichiro Rai