IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of )<br>)<br>IN RE: SUBPOENA TO HOSIDEN AMERICA )<br>CORPORATION )<br>)<br>HONEYWELL INTERNATIONAL, INC., et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>APPLE COMPUTER, et al., )<br>)<br>)<br>Defendants. ) | Case No. 07 C 6458<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

I, Jason M. Metnick, do hereby state the foregoing NOTICE OF FILING and HOSIDEN AMERICA CORPORATION'S RESPONSE IN OPPOSITION TO AMENDED MOTION TO ENFORCE RULE 45 SUBPOENA AGAINST NON-PARTY HOSIDEN AMERICA CORPORATION were served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via U.S. mail, as necessary, by placing copies of the same in properly addressed, postage prepaid, envelopes and depositing the same in the U.S. Mail Chute at 203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 11th day of December, 2007.

/s/ Jason M. Metnick_____

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262 (312) 245-7500

## SERVICE LIST

**Amy Softich**
**Matthew Woods**
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**Richard James Lofgren**
**Thomas Bernard Keegan**
Keegan, Laterza, Lofgren & Gleason, P.C.
566 West Adams Street
Suite 750
Chicago, IL 60661
(312) 655-0200
Email: rlofgren@kllglaw.com
Email: tkeegan@kllglaw.com

**Ian G. DiBernardo**
**Jeffrey M. Mann**
**Lawrence Rosenthal**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400

**George H. Gerstman**
**Matthew A. Werber**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: ggerstman@seyfarth.com
Email: mwerber@seyfarth.com

**Amy Elizabeth Evans**
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

**Frederick L. Cottrell, III**
**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Robert J. Katzenstein**
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

**Arthur G. Connolly, Jr.**
**Francis DiGiovanni**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**John W. Shaw**
**Adam Wyatt Poff**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Gary William Lipkin**
Duane Morris LLC
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**David J. Margules**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801