# EXHIBIT A

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
612-349-8530

August 16, 2006

*Via Federal Express*

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Re:  *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
Civil Action No. 04-1338 (KAJ)

*Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*
Civil Action No. 04-1337 (KAJ)

*Optrex America, Inc. v. Honeywell International Inc., et al.*
Civil Action No. 04-1536 (KAJ)

Our File No. 019896-0229

Dear Counsel:

Enclosed is Honeywell's document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates No. HW 000001-HW 019545. If you have any questions regarding this production, please contact Denise S. Rahne or Michael D. Okerlund at 612-349-8500.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

CRK/cd
Enclosure

MP3 20190958.1

TLANTA · BOSTON · LOS ANGELES  MINNEAPOLIS  NAPLES · SAINT PAUL · WASHINGTON, D.C.