# EXHIBIT B

# STROOCK

By Facsimile and E-mail

Lawrence Rosenthal
Direct Dial 212-806-6660
LRosenthal@stroock.com

Matthew L. Woods, Esq.
Robin, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Re:   Honeywell International Inc. et al. v. Apple Computer Inc. et al.
      USDC/DDE Case No. 04-1338-KAJ
      Our Client/Matter No. 208801/0921

Dear Matt:

This is in response to your letter of October 17, 2006. I responded to the issue you raise in your first paragraph in a separate e-mail. Turning to the two other issues raised in your letter, I respond as follows:

1.  We disagree as to the need for Fuji to make an election at this time, especially given the two-stage trial ordered by Judge Jordan. Accordingly, we have no intention to make such an election in the near future.

2.  Regarding the situs for depositions of employees of Fuji Japan, Fuji will exercise its right to have such employees deposed in Japan at a U.S. Embassy or Consulate.

Sincerely,

Lawrence Rosenthal

cc:   Denise Rahne, Esq.
      Matthew W. Siegal, Esq.
      Kevin Ecker, Esq.
      Angie Hankins, Esq.
      Phil Rovner, Esq.

SSL-DOCS1 1740398v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

FACSIMILE

| | | | |
|---|---|---|---|
| DATE | 10/24/2006 | | |

| TO | COMPANY NAME | FAX NO. | PHONE NO. |
|---|---|---|---|
| Matthew Woods, Esq. | Robins, Kaplan, Miller & Ciresi L.L.P | 612-339-4181 | 612-349-8500 |
| | | | |
| | | | |
| | | | |
| | | | |

| CC | COMPANY NAME | FAX NO. | PHONE NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBJECT | Re: Honeywell International, Inc., et al. v. Apple Computer Inc., et al. |
| TOTAL NO. OF PAGES | 2 |
| FROM | Lawrence Rosenthal |
| SENDER'S PHONE NO. | 212-806-6660 |
| SENDER'S FAX NO. | 212-806-7660 |
| SENDER'S EMAIL | LRosenthal@stroock.com |
| TIMEKEEPER | 1566 |
| CLIENT/MATTER | 208801 / 0921 |

MESSAGE

CONFIDENTIAL    The information contained in this facsimile is privileged and confidential, and is intended only for the use of the individual named above and others who have been specially authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us by telephone at 212 806-6102.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM