# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Honeywell International Inc., et al.

                          Plaintiff,

v.                                        Case No.: 1:07−cv−06458
                                            Honorable Ruben Castillo

Fujifilm Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Ruben Castillo :Ruling on Fujifilm Corp.'s amended motion to enforce Rule 45 subpoena agaisnt non−party Hosiden America Corp. [9] is reset to 1/15/2008 at 10:00 AM. Hearing set for 12/20/2007 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.