IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of ) <br> ) <br> IN RE: SUBPOENA TO HOSIDEN AMERICA ) <br> CORPORATION ) <br> ) <br> HONEYWELL INTERNATIONAL, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER, et al., ) <br> ) <br> Defendants ) | Case Number 07-cv-6458 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Schenkier |

## DECLARATION OF IAN G. DIBERNARDO IN SUPPORT OF FUJIFILM CORPORATION'S REPLY TO HOSIDEN AMERICA CORPORATION'S RESPONSE IN OPPOSITION TO AMENDED MOTION TO ENFORCE RULE 45 SUBPOENA AGAINST NON-PARTY HOSIDEN AMERICA CORPORATION

IAN G. DIBERNARDO, declares, under penalty of perjury, as follows:

1.　I am a partner with the firm of Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038 and represent Movant FUJIFILM Corporation ("Fuji"). I am an attorney at law admitted to practice before the courts of the State of New York.

2.　Annexed as Exhibit A is a true and correct copy of a page from Hosiden Corporation's website (www.hosiden.com) which lists Kenji Furuhashi as a member of Hosiden Corporation's Board of Directors.

NY 71119523v1

3. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code.

By: *[signature]*

Ian G. DiBernardo

Dated: 12-17-07

# **Exhibit A**

Outline | Greeting | Japan Network | Overseas Network | Back

# Profile

(as of the end on June, 2007)

| | |
|---|---|
| Company Name | Hosiden Corporation |
| Address | Head Office<br>4-33, Kitakyuhoji 1-Chome, Yao-City, Osaka 581-0071, JAPAN<br>Phone +81-72-993-1010 |
| Business | 1. Manufacturing and selling of electronic, electrical appliances, related parts, and auto parts<br><br>2. Manufacturing and selling information telecommunications equipment, office machines, and medical equipment and related parts<br><br>3. All businesses which accompany former title |
| Established | September 14, 1950 |
| Capital | 13,660,279,000 yen<br>A total of 72,710,000 stocks (as of the end on June, 2007) have been issued. |
| Closing of Accounts | March 31 |
| Trademark | HOSIDEN |
| Board of Directors | President — Kenji Furuhashi<br>Vice-president — Haremi Kitatani<br>Managing director — Yasuhiro Shigeno<br>Managing director — Eiichi Ino<br>Director — Shinji Hombo<br>Full time Auditor — Shigetoshi Kashiwaya<br>Auditor — Akira Nakanishi<br>Auditor — Kenichi Takahashi |
| No. of Employees | 1,000 people (as of the end on June, 2007). |
| Stock Listings | Tokyo and Osaka Securities Exchange (Primary Market) |

TOP | Greeting | Japan Network | Overseas Network | Back

Copyright(C)2007 Hosiden Corporation. All Rights Reserved.