# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6458 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Honeywell International, Inc. Vs. Apple Computer, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 1/15/2008. Fujifilm Corporation's amended motion to enforce Rule 45 subpoena against non-party Hosiden America Corporation [9] is denied for the reasons stated in open court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|